UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD MUGERDICHIAN, on his own behalf and all similarly situated individuals

      Plaintiff,

v.

FLORIDA FIRE SYSTEMS, LLC,

      Defendant.

Case No: 2:13-cv-753-FtM-29CM

## ORDER

This matter is brought pursuant to the Fair Labor Standards Act ("FLSA"). The parties filed a Joint Report Regarding Settlement (Doc. 20) on March 18, 2014, informing the Court that they have reached a settlement and will file the appropriate dismissal documents with the Court within 15 days.

The parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982). Therefore, the Court directs the Plaintiff to submit the settlement agreement signed by all parties for the Court's review attached to a joint motion for approval of the FLSA settlement agreement.

ACCORDINGLY, it is hereby

**ORDERED:**

1. On or before **April 2, 2014**, the Plaintiff is directed to file a joint motion with the Court requesting the Court's approval of the FLSA settlement agreement in compliance with *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1354-55 (11th Cir. 1982).

2. The joint motion shall include a brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiff's claims were settled by compromise, as well as Plaintiff counsel's attorney's fees and costs and whether the fees and costs were negotiated separately from the FLSA claim. A copy of the settlement agreement signed by all parties must be attached.

**DONE** and **ORDERED** in Fort Myers, Florida on this 19th day of March, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record